THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | |
|---|---|
| **FONTELLA BROWN-MARSHALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 08 C 2534 |
| vs. ) | |
| ) | |
| **THOMAS DART, Sheriff of Cook County,** ) | Judge David H. Coar |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

**TO:** Kenneth N. Flaxman
200 S. Michigan Ave., Suite 1240
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 3rd day of June, 2008 Defendant Thomas Dart electronically filed with the United States District Court for the Northern District of Illinois an Answer to Plaintiff's Complaint and Affirmative Defenses.

**RICHARD A. DEVINE**
**State's Attorney of Cook County**

**By:**   "S/GREGORY VACI" _____
**GREGORY VACI**
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3369
ARDC # 6204697

## CERTIFICATE OF SERVICE

**I, JOHN F. CURRAN,** Assistant State's Attorney, hereby certify that I electronically filed the foregoing Appearance with the Clerk of the United States District Court using the CM/ECF system on June 3, 2008.

"S/GREGORY VACI" ARDC# 6204697
**GREGORY VACI**