THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FONTELLA BROWN-MARSHALL, )<br>)<br>Plaintiff, )<br>) | Case No. 08 C 2534 |
| vs. )<br>) | |
| THOMAS DART, Sheriff of Cook County, )<br>) | Judge David H. Coar |
| Defendant. ) | |

### DEFENDANT'S JURY DEMAND

Defendant Thomas Dart, is his official capacity of Sheriff of Cook County, Illinois, by and through his attorney, Richard A. Devine, State's Attorney of Cook County, and his Assistant State's Attorney, Gregory Vaci, hereby demands trial by jury.


Respectfully Submitted,


S/Gregory Vaci
ARDC # 6204697
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3369