**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 C 2534
FONTELLA BROWN-MARSHALL, Plaintiff,
v.
THOMAS DART, Sheriff of Cook County, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Thomas Dart, Sheriff of Cook County, Defendant*

| | |
|---|---|
| NAME (Type or print) John F. Curran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John F. Curran | |
| FIRM Cook County State's Attorney's Office | |
| STREET ADDRESS 500 Richard J. Daley Center | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6255802 | TELEPHONE NUMBER (312) 603-5397 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |